No. 11–1228. BURNETT v. CAMPBELL (two judgments). Ct. App. Kan. Certiorari denied.